No. 94–1987.  GLOVER BOTTLED GAS CORP. ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 94–1989.  LITTON SYSTEMS, INC. v. CARROLL ET AL.; and No. 95–112.  CARROLL ET AL. v. LITTON SYSTEMS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 94–1990.  ANR PIPELINE CO. ET AL. v. OKLAHOMA BOARD OF EQUALIZATION ET AL.  Sup. Ct. Okla.  Certiorari denied.

No. 94–1991.  TRIOMPHE INVESTORS v. CITY OF NORTHWOOD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–1992.  FERAG AG v. QUIPP INC.  C. A. Fed. Cir.  Certiorari denied.

No. 94–1993.  HALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–1994.  HUEBNER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–1996.  ANDERSON v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 94–1998.  CAPITAL WHOLESALE ELECTRIC, INC. v. MC-CARTHY CONSTRUCTION CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–1999.  FONTANILLE v. LOUISIANA.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 94–2000.  WOOD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–2001.  WOODPOINTE INN ASSOCIATES LIMITED PARTNERSHIP ET AL. v. CITY OF HARPER WOODS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–2002.  MORRIS v. OREGON DEPARTMENT OF REVENUE.  Sup. Ct. Ore.  Certiorari denied.